UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

JADEN TAYLOR PLANK,

                Defendant.

_____/

Case No. 2:24-cr-3

Hon. Robert J. Jonker
U.S. District Judge

## **ORDER FOR DETENTION**

Defendant Plank appeared before the undersigned for a detention hearing on February 22, 2024.  For reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  February 22, 2024          /s/ *Maarten Vermaat*
                               MAARTEN VERMAAT
                               U.S. MAGISTRATE JUDGE